## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**DEMARIO DONTEZ WALKER, #L1625**                                 **PLAINTIFF**

v.                                                           **CAUSE NO. 1:17cv244-LG-RHW**

**ANGIE HOLLOWAY, et al.**                                                    **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTIONS

For the reasons stated in the [61] Report and Recommendation of the Magistrate Judge filed November 7, 2018, and after an independent review of the record, a de novo determination of the issues, and consideration of Plaintiff's [81] Objection to the Report and Recommendation, and having determined that the findings are correct under applicable law:

**IT IS ORDERED AND ADJUDGED** that the [61] Report and Recommendation of the Magistrate Judge is **ADOPTED** as the findings and conclusions of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the [28] Motion for Temporary Restraining Order and the [24] Motion for Order to Preserve Evidence filed by Plaintiff Walker are **DENIED**.

**SO ORDERED AND ADJUDGED** this the 8th day of February, 2019.

                                                        s/ *Louis Guirola, Jr.*
                                                        LOUIS GUIROLA, JR.
                                                        UNITED STATES DISTRICT JUDGE