IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DEMARIO DONTEZ WALKER**                                      **PLAINTIFF**

**VERSUS**                                     **CIVIL ACTION NO. 1:17cv244-LG-RHW**

**ANGIE HOLLOWAY,** *et al***.**                                     **DEFENDANTS**

## REPORT AND RECOMMENDATION

Before the Court is [71] the *pro se* Plaintiff's motion for temporary restraining order to prohibit the Mississippi Department of Corrections (MDOC) from housing him at Central Mississippi Correctional Facility (CMCF), Mississippi State Penitentiary (MSP) or South Mississippi Correctional Institution (SMCI), all of which are state facilities. Plaintiff requests that he be housed at the privately-operated East Mississippi Correctional Facility (EMCF) because it is "designed to house inmates who have special needs, and … mental illnesses." Plaintiff's motion is virtually identical to his motion filed in another of his then-pending lawsuits;[1] both motions were signed December 11, 2018 and filed December 21, 2018. A prisoner has no constitutional right to choose where he serves his sentence. *Yates v. Stalder*, 217 F/3d 332. 334 (5th Cir. 2000); *Tighe v. Wall*, 100 F.3d 41, 42 (5th Cir. 1996).

## RECOMMENDATION

The undersigned recommends that Walker's motion for TRO to dictate where the MDOC may house him during his incarceration be denied.

## NOTICE OF RIGHT TO APPEAL/OBJECT

Within 14 days after service of a copy of this Report and Recommendation a party may serve and file with the Clerk written objections to it, specifically identifying the findings,

---

[1] *Walker v. Hunt, et al*., Civil Action 1:17cv27-RHW. Motion [401] filed in that case was denied by Order [418] entered March 19, 2019.

conclusions, and recommendations to which he objects. *L.U.Civ.R.* 72(a)(3). The District Court need not consider frivolous, conclusive, or general objections. The opposing party must file responses to objections within seven days after service or notify the District Judge that he does not intend to respond. Absent timely written objections, one may not attack on appeal any proposed factual finding or legal conclusion accepted by the District Court, except on plain error grounds. *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

Signed this the 25th day of June 2019.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE