# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DEMARIO DONTEZ WALKER**                                                                 **PLAINTIFF**

**v.**                                                             **CAUSE NO. 1:17-CV-244-LG-RHW**

**ANGIE HOLLAWAY, ET AL.**                                                   **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

For the reasons stated in the [103] Report and Recommendation of the Magistrate Judge filed June 25, 2019, and after an independent review of the record, a de novo determination of the issues, consideration of Plaintiff's [109] Objection to the Report and Recommendation, and having determined that the Magistrate Judge's findings are correct under applicable law:

**IT IS ORDERED AND ADJUDGED** that the [103] Report and Recommendation of the Magistrate Judge is **ADOPTED** as the findings and conclusions of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's [71] Motion for Temporary Restraining Order is **DENIED**.

**SO ORDERED AND ADJUDGED** this the 5th day of September, 2019.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE