# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DEMARIO DONTEZ WALKER**                                          **PLAINTIFF**

v.                                                             **CAUSE NO. 1:17-CV-244-LG-RHW**

**ANGIE HOLLAWAY, ET AL.**                                       **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION
## REGARDING MOTIONS FOR SUMMARY JUDGMENT

For the reasons stated in the [107] Report and Recommendation of the Magistrate Judge filed July 8, 2019, and after an independent review of the record, a de novo determination of the issues, consideration of Plaintiff's [113] Objection to the Report and Recommendation and his [101] letter to the Magistrate Judge, and having determined that the Magistrate Judge's findings are correct under applicable law:

**IT IS ORDERED AND ADJUDGED** that the [107] Report and Recommendation of the Magistrate Judge is **ADOPTED** as the findings and conclusions of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants' [44] Motion for Summary Judgment is **GRANTED** as to Plaintiff's classification and housing claims for failure to exhaust administrative remedies. The housing and classification claims are **DISMISSED** without prejudice.

1

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's [73] Motion for Summary Judgment is **DENIED**.

**SO ORDERED AND ADJUDGED** this the 5th day of September, 2019.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE