IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DEMARIO DONTEZ WALKER**                                                         **PLAINTIFF**

**VS.**                        **CIVIL ACTION: 1:17cv244-LG-RHW**

**ANGIE HOLLAWAY,** *et al.*                                           **DEFENDANTS**

## REPORT AND RECOMMENDATION

By Order [119], entered September 5, 2019, the District Judge granted Defendants' motion for summary judgment [44] as to Plaintiff's classification and housing claims in this prisoner civil rights lawsuit for Plaintiff's failure to exhaust administrative remedies prior to filing suit. The undersigned conducted an omnibus/screening hearing on January 16, 2020, during which Plaintiff agreed that his claims against Defendants Angie Hollaway, Chasity Blakley, Jacqualine Banks, Jarita Bivens and Pelicia Hall should be dismissed.

## RECOMMENDATION

Consistent with Order [119] and by agreement of the Plaintiff during the January 16, 2020 hearing, the undersigned recommends that Plaintiff's claims against Angie Hollaway, Chasity Blakley, Jacqualine Banks, Jarita Bivens and Pelicia Hall be dismissed, and those parties, terminated from this lawsuit.

## NOTICE OF RIGHT TO APPEAL/OBJECT

Within 14 days after service of a copy of this Report and Recommendation a party may file written objections to it, specifically identify the findings, conclusions, and recommendations to which he objects. *L.U.Civ.R.* 72(a)(3). The District Court need not consider frivolous, conclusive, or general objections. Seven days after service are allowed for filing responses to

objections. One who fails to timely file written objections is barred, except on grounds of plain error, from attacking on appeal any proposed factual finding or legal conclusion accepted by the District Court to which he did not object. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

    Signed this the 16th day of January 2020.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE