# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| **DEMARIO DONTEZ WALKER** | **PLAINTIFF** |
| v. | **CAUSE NO. 1:17-CV-244-LG-RHW** |
| **ANGIE HOLLAWAY, ET AL.** | **DEFENDANTS** |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CLAIMS AGAINST CERTAIN DEFENDANTS

For the reasons stated in the [131] Report and Recommendation of the Magistrate Judge filed January 16, 2020, and after an independent review of the record, a de novo determination of the issues, consideration of Plaintiff's [132] Objection to the Report and Recommendation, having determined that the Magistrate Judge's findings are correct under applicable law:

**IT IS ORDERED AND ADJUDGED** that the [131] Report and Recommendation of the Magistrate Judge is **ADOPTED** as the findings and conclusions of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's claims against Defendants Angie Hollaway, Chastity Blakley, Jacqualine Banks, Jarita Bivens, and Pelicia Hall are **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 26th day of February, 2020.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE